1426

**97–2619.   State ex rel. Hairston v. McMonagle.**
In Procedendo.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2688.   Crossen v. Carter.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2708.   Tinsley v. Walker.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–2724.   Brown v. Walker.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–17.   James v. Bridger.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
  MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.